IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR 22-022 JD |
| ) | |
| ARIEL JAMES PENNINGTON, ) | Violations: 49 U.S.C. § 46504 |
| ) | 18 U.S.C. § 111(a)(1) |
| Defendant. ) | |

**FILED**
JAN 18 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____ . DEPUTY

Certified Copy

**INDICTMENT**

The Federal Grand Jury charges:

11:52 am, Jul 02, 2024
Joan Kane, Clerk

**COUNT 1**
(Interference with Flight Attendant)

On or about December 9, 2021, within the Western District of Oklahoma,

-------------------------------- **ARIEL JAMES PENNINGTON,** ----------------------------

while on an aircraft in flight in the special aircraft jurisdiction of the United States, namely Delta Airlines, Flight #342, traveling from Arlington, Virginia, to Los Angeles, California, did knowingly assault and intimidate F.Y., a flight attendant of the aircraft, thereby interfering with, and lessening the ability of, F.Y. to perform F.Y.'s duties.

All in violation of Title 49, United States Code, Section 46504.

6

## COUNT 2
### (Assault on Federal Officer with Physical Contact)

On or about December 9, 2021, within the Western District of Oklahoma,

-------------------------------- **ARIEL JAMES PENNINGTON,** ----------------------------

while on an aircraft in flight in the special aircraft jurisdiction of the United States, namely Delta Airlines, Flight #342, traveling from Arlington, Virginia, to Los Angeles, California, did forcibly assault, resist, impose, impede and intimidate an officer or employee of the United States, namely M.F., a Federal Air Marshal, while M.F. was engaged in the performance of his official duties, and the acts involved physical contact with M.F.

All in violation of Title 18, United States Code, Section 111(a)(1).

### Venue

Venue for this offense lies in the Western District of Oklahoma pursuant to Title 18, United States Code, Section 3237, because the offense involved the use of transportation in interstate commerce and the above-referenced aircraft was diverted to, and did land in, Oklahoma City, Oklahoma.

A TRUE BILL:

[signature redacted]

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*/s/ Ashley Altshuler*

ASHLEY L. ALTSHULER
Assistant United States Attorney

2